No. 1400, Misc. SARTAIN *v.* PITCHESS, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 1397, Misc. BAKER *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1392, Misc. SIMONS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 1395, Misc. LINDSEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1402, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1404, Misc. COLLINS *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1405, Misc. THOMAS *v.* WILSON, WARDEN. Dist. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1406, Misc. DeCLARA *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1410, Misc. FOGGY *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 1409, Misc. ANDERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.